JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **RICARDO ESTRADA BARBARIN,**<br>Petitioner,<br>v.<br>RAYMOND MADDEN (Warden),<br>Respondent. | No. ED CV 17-00257-VBF-LAL<br>**FINAL JUDGMENT** |

**Final judgment is hereby entered in favor of respondent and against petitioner Ricardo Estrada Barbarin.** IT IS SO ADJUDGED.

Dated: November 30, 2018

*Valerie Baker Fairbank*
_____
Honorable Valerie Baker Fairbank
Senior United States District Judge